1  NICHOLAS F. REYES, SBN #102114
   Law Offices of Nicholas F. Reyes
2  1107 "R" Street
   Fresno, CA 93721
3  Telephone: (559) 486-4500
   Facsimile:  (559) 486-4533
4  Email: nfreyeslaw@gmail.com

5  Attorneys for Defendant
   PEDRO GAVINO, JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO. 1:18-CR-231-LJO-SKO |
|---|---|
| Plaintiff, | **STIPULATED ORDER MODIFYING PRETRIAL RELEASE CONDITIONS AND ORDER** |
| v. | |
| PEDRO GAVINO, JR. | |
| Defendant. | |

Defendant, PEDRO GAVINO, JR., by and through counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KAREN ESCOBAR, Assistant United States Attorney for the Eastern District of California, hereby stipulate as follows:

WHEREAS, based upon recommendation of Pretrial Services and the defendant's exemplary compliance with all terms of ordered pretrial release, the parties are in agreement and request this Court approve the following modified pretrial release conditions and modifying as follows:

IT IS HEREBY STIPULATED:

The following Pretrial Release Condition as to Defendant PEDRO GAVINO, JR. **shall be removed** from his conditions of pre-trial release:

1

*Condition K (Location Monitoring Program)*
*"The defendant shall: participate in the following Location Monitoring component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay as determined by the PSO. CURFEW; You are restricted to your residence every day from 6:00 p.m. to 4:30 a.m., or as adjusted by the Pretrial Services office or supervising officer, for medical, religious services, employment or court-ordered obligations."*

**All other pre-trial release conditions shall remain in full force and effect.**

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: July 26, 2019         /s/ Nicholas F. Reyes
                              NICHOLAS F. REYES, ESQ.
                              Attorney for Defendant

IT IS SO STIPULATED.

Dated: July 26, 2019         /s/ Karen Escobar
                              KAREN ESCOBAR
                              Assistant United States Attorney

WHEREAS, the parties are in agreement and stipulated as follows:

IT IS SO ORDERED.

Dated:  **August 1, 2019**    _____
                              UNITED STATES MAGISTRATE JUDGE