UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEDRO GAVINO, et al.,<br><br>　　　　　Defendants. | No. 1:18cr231 NONE SKO<br><br>STIPULATION AND ORDER |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through his counsel of record, hereby stipulate as follows:

1. This matter was previously set for trial on May 12, 2020.
2. The parties agree to continue the matter to July 28, 2020, at 8:30 a.m., to conduct further pretrial investigation, to continue plea negotiations, to reach a potential resolution, and to accommodate the schedule of Attorney Nicholas Reyes. Mr. Reyes has been consumed with extensive preliminary hearings and trials.
3. The parties further agree and stipulate, and request that the Court find the following:
    a. The parties need additional time to assess a potential disposition of the case and/or conduct additional investigation and/or prepare for trial.
    b. The parties need additional time to ensure the availability and continuity of

1

defense counsel.

  c. The parties believe that failure to grant the above-requested continuance would deny the defendants, who are not in custody, the reasonable time necessary for effective resolution, further investigation, and/or trial preparation, taking into account the exercise of due diligence, and would deny the defense continuity of counsel.

  d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of May 12, 2020, to July 28, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period

IT IS SO STIPULATED.

DATED: March 26, 2020. Respectfully submitted,

    McGREGOR W. SCOTT
    United States Attorney

    /s/ Karen A. Escobar
    KAREN A. ESCOBAR
    Assistant United States Attorney

////

////

DATED: March 26, 2020.

                                                /s/ Nicholas Reyes
                                                NICHOLAS REYES
                                                Counsel for Defendants

**O R D E R**

IT IS SO ORDERED.

Dated: **March 26, 2020**                      /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE