| | |
|---|---|
| 1 | NICHOLAS F. REYES, #102114 |
| | LAW OFFICES OF NICHOLAS F. REYES |
| 2 | 1107 R STREET |
| | FRESNO, CA 93721 |
| 3 | Telephone:  559-486-4500 |
| | Facsimile:  559-486-4533 |
| 4 | Email:  nfreyeslaw@gmail.com |
| 5 | Attorney for Defendant |
| | PEDRO GAVINO |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00231-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| PEDRO GAVINO, | |
| Defendant. | |

Defendant, PEDRO GAVINO, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KAREN A. ESCOBAR, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, September 18, 2023, at 10:00 a.m. be continued to Monday, September 25, 2023, at 10:00 a.m. in the courtroom for the Honorable Jennifer L. Thurston, District Judge.

The continuance is necessary and good cause exists because the parties herein U.S. Probation Officer Benjamin Roberts, defense counsel Nicholas F. Reyes and Assistant United States Attorney Karen A. Escobar are not available to proceed on the presently set date.  Further, both the government and the defense require the additional time to finalize their sentencing positions.  This would critically affect the outcome of the final sentence and is in the interest of justice.

1

This stipulation is based on good cause and in the interest of justice. For the reasons set forth above, the parties agree that the sentencing hearing currently scheduled for September 18, 2023, at 10:00 a.m. be continued to September 25, 2023 at 10:00 a.m.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: July 19, 2023

/s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant

**IT IS SO STIPULATED**

Dated: July 19, 2023

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: **July 19, 2023**

UNITED STATES DISTRICT JUDGE