NICHOLAS F. REYES, #102114
NICHOLAS F. REYES LAW CORPORATION
1107 R STREET
FRESNO, CA 93721
Telephone:  559-486-4500
Facsimile:  559-486-4533
Email:  nfreyeslaw@gmail.com

Attorney for Defendant
PEDRO GAVINO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR:00231 SKO<br>1:18-MJ-165-BAM |
| Plaintiff, | |
| v. | ORDER EXONERATING CASH BOND AND RELEASE OF FUNDS AND VEHICLE TITLES TO SURETY |
| PEDRO GAVINO, | |
| Defendant. | |

WHEREAS Defendant PEDRO GAVINO, has been sentenced and is currently incarcerated at FCI Atwater. WHEREAS defendant has appeared at all proceedings and successfully abided by all conditions of release and surrendered for purposes of any sentence imposed by this court.

IT IS HEREBY ORDERED that the $5,000 cash bond be exonerated and released forthwith to the surety, Mr. Pedro Gavino care of NICHOLAS F. REYES LAW CORPORATION at 1107 R Street, Fresno, California 93721 (U.S. District Court Receipt Number CAE100040516) along with the titles to the following vehicles:

1993 Chevrolet      CA License Plate 97428B2 Vin#1GCEK14K8PZ206643

2000 Chevrolet      CA License Plate 63482H2 Vin#1GCEK14T2YZ104023

1

| | | |
|---|---|---|
| 2004 Ford | CA License Plate 69916Z1 | Vin#1FTNW21PX4ED96247 |
| 2004 Honda | CA License Plate 5FQT316 | Vin#JHMCM56314C020714 |

**IT IS SO ORDERED**

Dated: April 9, 2024

_____
U.S. DISTRICT COURT JUDGE