NICHOLAS F. REYES, #102114
NICHOLAS F. REYES LAW CORPORATION
1107 R STREET
FRESNO, CA 93721
Telephone:  559-486-4500
Facsimile:  559-486-4533
Email:  nfreyeslaw@gmail.com

Attorney for Defendant
PEDRO GAVINO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PEDRO GAVINO,<br><br>　　　　　　　　Defendant. | CASE NO. 1:18-CR:00231 JLT SKO<br>　　　　　　1:18-MJ-165-BAM<br><br>ORDER EXONERATING CASH BOND |

WHEREAS Defendant PEDRO GAVINO, has been sentenced and is currently incarcerated at FCI Atwater. WHEREAS defendant has appeared at all proceedings and successfully abided by all conditions of release and surrendered for purposes of any sentence imposed by this court.

IT IS HEREBY ORDERED that the $5,000 cash bond be exonerated and released forthwith to the surety, Ms. Maria Gavino care of NICHOLAS F. REYES LAW CORPORATION at 1107 R Street, Fresno, CA 93721 (U.S. District Court Receipt Number CAE100040516).

IT IS SO ORDERED.

　　Dated:   **April 19, 2024**                    _____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1